CASE CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HONORIO MINISTRO,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

THE SUPREME CHICKEN OF UNION CITY, INC.
    d/b/a EL POLLO SUPREMO,
THE SUPREME CHICKEN OF NEW JERSEY, INC.
    d/b/a EL POLLO SUPREMO,
THE SUPREME CHICKEN OF WEST NEW YORK INC.
    d/b/a EL POLLO SUPREMO,
SUPREME CHICKEN OF JERSEY CITY INC.
    d/b/a EL POLLO SUPREMO,
EUGENIO ALVAREZ, MARIA ALVAREZ
and GALO GUERRON,

        Defendants.

Case No: 2:17-cv-1801(MCA)(SCM)

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, HONORIO MINISTRO, are hereby dismissed without prejudice in their entirety as against the remaining Defendants, THE SUPREME CHICKEN OF UNION CITY, INC. d/b/a EL POLLO SUPREMO, THE SUPREME CHICKEN OF NEW JERSEY, INC. d/b/a EL POLLO SUPREMO, THE SUPREME CHICKEN OF WEST NEW YORK INC. d/b/a EL POLLO SUPREMO, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: July 26, 2017
      New York, New York

                                      Lee Litigation Group, PLLC
                                      30 East 39th Street, Second Floor
                                      New York, NY 10016
                                      Phone: (212) 465-1188

                                      Clara Lam, Esq. (162512016)

SO ORDERED: 7/27/17

_____
          U.S.D.J